# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Kelly, Claire R. | U.S. Court of International Trade | 03/01/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Court of International Trade Judge | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final | 01/01/2020 **to** 12/31/2020 |
| | 5b. ☐ Amended Report | |

**7. Chambers or Office Address**

One Federal Plaza
New York, NY 10278-0001

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member and Adjunct Faculty Member | Brooklyn Law School |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Claire R. | 03/01/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2020 | Hewlett-Woodmere Union Free School District - Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Claire R. | 03/01/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Kelly, Claire R.** | 03/01/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. INDIVIDUAL ASSETS (H) | | | | | | | | | |
| 2. CITIBANK - CASH ACCOUNTS | A | Interest | M | T | | | | | |
| 3. MET LIFE - WHOLE LIFE/LIFE INSURANCE | | None | J | T | | | | | |
| 4. SERIES EE US SAVINGS BOND | | None | J | T | | | | | |
| 5. ACCOUNT #1 (H) | | | | | | | | | |
| 6. CHARLES SCHWAB BANK (cash) (X) | A | Interest | K | T | | | | | |
| 7. CHARLES SCHWAB US MC ETF (SCHM) | A | Dividend | K | T | Buy (add'l) | 03/24/20 | J | | |
| 8. | | | | | Sold (part) | 05/07/20 | J | | |
| 9. | | | | | Sold (part) | 08/20/20 | J | | |
| 10. | | | | | Sold (part) | 12/02/20 | J | A | |
| 11. CLEARBRIDGE LARGE CAP GRWTH ETF IV (LRGE) | A | Dividend | L | T | Buy | 03/24/20 | K | | |
| 12. | | | | | Sold (part) | 05/07/20 | J | A | |
| 13. | | | | | Buy (add'l) | 08/20/20 | J | | |
| 14. | | | | | Buy (add'l) | 12/02/20 | J | | |
| 15. SPDR S&P HOMEBUILDERS ETF (XHB) | A | Dividend | K | T | Buy (add'l) | 03/24/20 | J | | |
| 16. | | | | | Sold (part) | 05/07/20 | J | | |
| 17. | | | | | Sold (part) | 09/18/20 | J | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Claire R. | 03/01/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. VANECK VECTORS GOLD MINERS ETF (GDX) | A | Dividend | J | T | Buy | 05/07/20 | K | | |
| 19. BAIRD SHORT TERM BD INST (BSBIX) | B | Dividend | M | T | Sold (part) | 03/24/20 | J | | |
| 20. | | | | | Buy (add'l) | 05/07/20 | L | | |
| 21. | | | | | Buy (add'l) | 08/20/20 | K | | |
| 22. CARILLON REAMS CORE PLUS BD FD I (SCPZX) | B | Dividend | K | T | Sold (part) | 03/24/20 | J | | |
| 23. | | | | | Sold (part) | 05/07/20 | K | B | |
| 24. DOUBLELINE TOTAL RETURN I (DBLTX) | B | Dividend | K | T | Sold (part) | 03/24/20 | J | | |
| 25. | | | | | Sold (part) | 05/07/20 | J | A | |
| 26. PGIM TOTAL RETURN BD Z (PDBZX) | B | Dividend | K | T | Sold (part) | 03/24/20 | J | | |
| 27. | | | | | Sold (part) | 05/07/20 | K | | |
| 28. VIRTUS SEIX FLOAT RATE HIGH INCM I (SAMBX) | A | Dividend | K | T | Buy (add'l) | 05/07/20 | J | | |
| 29. CLEARBRIDGE LG CAP GRWTH I (SBLYX) | | None | | | Sold | 03/24/20 | L | | |
| 30. DELAWARE INV SM VAL INST (DEVIX) | A | Dividend | K | T | Buy (add'l) | 03/24/20 | J | | |
| 31. EATON VANCE ATLANTA CAP SLOT EQTY I (ESEIX) | B | Dividend | L | T | Buy | 03/24/20 | K | | |
| 32. HOOD RIVER SM CAP GWTH INSTL CL (HRSMX) | B | Dividend | K | T | Buy (add'l) | 03/24/20 | J | | |
| 33. | | | | | Sold (part) | 05/07/20 | J | | |
| 34. | | | | | Sold (part) | 12/02/20 | J | B | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Claire R. | 03/01/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. MAINSTAY CUSHING MLP PREMIER I (CSHZX) | B | Dividend | | | Buy (add'l) | 03/24/20 | J | | |
| 36. | | | | | Sold (part) | 05/07/20 | J | | |
| 37. | | | | | Sold | 08/20/20 | K | | |
| 38. OAKMARK FUND ADV (OAYMX) | | None | | | Sold | 03/24/20 | K | | |
| 39. ORINDA INCOME OPPTY INST (OIOIX) | A | Dividend | | | Buy (add'l) | 03/24/20 | J | | |
| 40. | | | | | Sold | 08/20/20 | K | | |
| 41. PEAR TREE POLARIS FGN VL I (QFVIX) | A | Dividend | L | T | Buy (add'l) | 03/24/20 | J | | |
| 42. WCM FOCUSED INTL GROWTH FD INST (WCMIX) | A | Dividend | K | T | Sold (part) | 03/24/20 | J | | |
| 43. | | | | | Sold (part) | 05/07/20 | J | | |
| 44. | | | | | Sold (part) | 07/28/20 | J | A | |
| 45. ZACKS DIV FD INST (ZDIIX) | B | Dividend | L | T | Buy (add'l) | 05/07/20 | J | | |
| 46. ACCOUNT #2 (H) | | | | | | | | | |
| 47. CHARLES SCHWAB US MC ETF (SCHM) | A | Dividend | J | T | | | | | |
| 48. CLEARBRIDGE LARGE CAP GRWTH ETF IV (LRGE) | | None | J | T | Buy | 03/24/20 | J | | |
| 49. | | | | | Buy (add'l) | 08/20/20 | J | | |
| 50. SPDR S&P HOMEBUILDERS ETF (XHB) (X) | A | Dividend | J | T | | | | | |
| 51. BAIRD SHORT TERM BD INST (BSBIX) | A | Dividend | J | T | Buy (add'l) | 05/07/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Claire R. | 03/01/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | | | | | Buy<br>(add'l) | 06/08/20 | J | | |
| 53. | | | | | Buy<br>(add'l) | 08/20/20 | J | | |
| 54. CARILLON REAMS CORE PLUS BD FD I (SCPZX) | A | Dividend | J | T | | | | | |
| 55. DOUBLELINE TOTAL RETURN I (DBLTX) | A | Dividend | J | T | | | | | |
| 56. PGIM TOTAL RETURN BOND Z (PDBZX) | A | Dividend | J | T | | | | | |
| 57. VIRTUS SEIX FLOAT RATE HIGH INCM I (SAMBX) (X) | A | Dividend | J | T | | | | | |
| 58. CLEARBRIDGE LARGE CAP GROWTH (SBLYX) | A | Dividend | | | Sold | 03/24/20 | J | | |
| 59. DELAWARE INV SM VAL INST (DEVIX) (X) | A | Dividend | J | T | | | | | |
| 60. EATON VANCE ATLANTA CAP SLOT EQTY I (ESEIX) | A | Dividend | J | T | Buy | 03/24/20 | J | | |
| 61. | | | | | Buy<br>(add'l) | 06/08/20 | J | | |
| 62. HOOD RIVER SM CAP GWTH INSTL CL (HRSMX) (X) | A | Dividend | J | T | | | | | |
| 63. OAKMARK FUND ADVISOR (OAYMX) | | None | | | Sold | 03/24/20 | J | | |
| 64. ORINDA INCOME OPPTY INST (OIOIX) (X) | A | Dividend | | | Sold | 08/20/20 | J | | |
| 65. PEAR TREE POLARIS FGN VL I (QFVIX) | A | Dividend | J | T | | | | | |
| 66. WCM FOCUSED INTL GROWTH FD INST (WCMIX) | A | Dividend | J | T | | | | | |
| 67. ZACKS DIV FD INST (ZDIIX) | A | Dividend | J | T | Buy<br>(add'l) | 06/08/20 | J | | |
| 68. ACCOUNT #3 (H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Claire R. | 03/01/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | CHARLES SCHWAB BANK (cash) | A | Interest | J | T | | | | | |
| 70. | CHARLES SCHWAB US MC ETF (SCHM) | A | Dividend | K | T | Buy (add'l) | 03/24/20 | J | | |
| 71. | | | | | | Sold (part) | 05/07/20 | J | | |
| 72. | | | | | | Sold (part) | 08/20/20 | J | | |
| 73. | | | | | | Sold (part) | 12/02/20 | J | A | |
| 74. | CLEARBRIDGE LARGE CAP GRWTH ETF IV (LRGE) | A | Dividend | L | T | Buy | 03/24/20 | K | | |
| 75. | | | | | | Sold (part) | 05/07/20 | J | A | |
| 76. | | | | | | Buy (add'l) | 08/20/20 | J | | |
| 77. | | | | | | Buy (add'l) | 12/02/20 | J | | |
| 78. | SPDR S&P HOMEBUILDERS ETF (XHB) | A | Dividend | K | T | Buy (add'l) | 03/24/20 | J | | |
| 79. | | | | | | Sold (part) | 05/07/20 | J | | |
| 80. | VANECK VECTORS GOLD MINERS ETF (GDX) | A | Dividend | J | T | Buy | 05/07/20 | J | | |
| 81. | BAIRD SHORT TERM BD INST (BSBIX) | B | Dividend | L | T | Sold (part) | 03/24/20 | J | | |
| 82. | | | | | | Buy (add'l) | 05/07/20 | K | | |
| 83. | | | | | | Buy (add'l) | 08/20/20 | K | | |
| 84. | | | | | | Buy (add'l) | 12/02/20 | J | | |
| 85. | CARILLON REAMS CORE PLUS BD FD I (SCPZX) | B | Dividend | K | T | Sold (part) | 03/24/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Claire R. | 03/01/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. | | | | | Sold<br>(part) | 05/07/20 | J | A | |
| 87. DOUBLELINE TOTAL RETURN I (DBLTX) | A | Dividend | K | T | Sold<br>(part) | 03/24/20 | J | | |
| 88. | | | | | Sold<br>(part) | 05/07/20 | J | A | |
| 89. PGIM TOTAL RETURN BD Z (PDBZX) | A | Dividend | K | T | Sold<br>(part) | 03/24/20 | J | | |
| 90. | | | | | Sold<br>(part) | 05/07/20 | J | | |
| 91. VIRTUS SEIX FLOAT RATE HIGH INCM I (SAMBX) | A | Dividend | J | T | | | | | |
| 92. CLEARBRIDGE LARGE CAP GRWTH I (SBLYX) | | None | | | Sold | 03/24/20 | K | | |
| 93. DELAWARE INV SM VAL INST (DEVIX) | A | Dividend | K | T | Buy<br>(add'l) | 03/24/20 | J | | |
| 94. EATON VANCE ATLANTA CAP SLOT EQTY I (ESEIX) | B | Dividend | K | T | Buy | 03/24/20 | K | | |
| 95. HOOD RIVER SM CAP GWTH INSTL CL (HRSMX) | B | Dividend | K | T | Buy<br>(add'l) | 03/24/20 | J | | |
| 96. | | | | | Sold<br>(part) | 05/07/20 | J | | |
| 97. | | | | | Sold<br>(part) | 12/02/20 | J | B | |
| 98. MAINSTAY CUSHING MLP PREMIER I (CSHZX) | A | Dividend | | | Buy<br>(add'l) | 03/24/20 | J | | |
| 99. | | | | | Sold<br>(part) | 05/07/20 | J | | |
| 100. | | | | | Sold | 08/20/20 | K | | |
| 101. OAKMARK FUND ADV (OAYMX) | | None | | | Sold | 03/24/20 | K | | |
| 102. ORINDA INCOME OPPTY INST (OIOIX) | A | Dividend | | | Buy<br>(add'l) | 03/24/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Kelly, Claire R.** | 03/01/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. | | | | | Sold | 08/20/20 | K | | |
| 104. PEAR TREE POLARIS FGN VL I (QFVIX) | A | Dividend | K | T | Buy (add'l) | 03/24/20 | J | | |
| 105. | | | | | Sold (part) | 05/07/20 | J | | |
| 106. WCM FOCUSED INTL GROWTH FD INST (WCMIX) | A | Dividend | K | T | Sold (part) | 05/07/20 | J | | |
| 107. ZACKS DIV FD INST (ZDIIX) | B | Dividend | K | T | Buy (add'l) | 03/24/20 | J | | |
| 108. ACCOUNT #4 (H) | | | | | | | | | |
| 109. TIAA TRADITIONAL | B | Dividend | L | T | | | | | |
| 110. ACCOUNT #5 (H) | | | | | | | | | |
| 111. FIDELITY BLUE CHIP GR (FBGRX) | C | Dividend | M | T | | | | | |
| 112. FIDELITY BLUE CHIP VALUE (FBCVX) | A | Dividend | L | T | | | | | |
| 113. FIDELITY DIVERSIFIED INTERNATIONAL FUND (FDIVX) | B | Dividend | M | T | | | | | |
| 114. FIDELITY GLOBAL COMDTY STOCK (FFGCX) | A | Dividend | K | T | | | | | |
| 115. FIDELITY INT'L REAL ESTATE (FIREX) | A | Dividend | K | T | | | | | |
| 116. FIDELITY MID CAP ENH (FMEIX) | A | Dividend | K | T | | | | | |
| 117. FIDELITY SM CAP ENH (FCPEX) | B | Dividend | K | T | | | | | |
| 118. FIDELITY TOTAL EMERGING MKTS (FTEMX) | A | Dividend | K | T | | | | | |
| 119. FIDELITY GLB HIGH INCOME (FGHNX) | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Claire R. | 03/01/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  FIDELITY NEW MKTS INC (FNMIX) | B | Dividend | K | T | | | | | |
| 121.  FIDELITY STRATEGIC INCOME (FADMX) | C | Dividend | K | T | | | | | |
| 122.  FIDELITY TOTAL BOND (FTBFX) | A | Dividend | L | T | | | | | |
| 123.  ACCOUNT #6 (H) | | | | | | | | | |
| 124.  CHARLES SCHWAB US MC ETF (SCHM) | A | Dividend | J | T | Buy | 04/01/20 | J | | |
| 125. | | | | | Sold (part) | 08/20/20 | J | A | |
| 126. | | | | | Sold (part) | 12/02/20 | J | A | |
| 127.  CITIGROUP INC (C) | A | Dividend | | | Sold | 04/01/20 | J | B | |
| 128.  CLEARBRIDGE LARGE CAP GRWTH ETF IV (LRGE) | A | Dividend | K | T | Buy | 04/01/20 | J | | |
| 129. | | | | | Buy (add'l) | 08/20/20 | J | | |
| 130. | | | | | Buy (add'l) | 12/02/20 | J | | |
| 131.  GENERAL ELECTRIC CO (GE) | A | Dividend | | | Sold | 04/01/20 | J | | |
| 132.  SPDR S&P HOMEBUILDERS ETF (XHB) | A | Dividend | J | T | Buy | 04/01/20 | J | | |
| 133.  VANECK VECTORS GOLD MINERS ETF (GDX) | A | Dividend | J | T | Buy | 05/07/20 | J | | |
| 134.  AB MUNI INCM FD NY PORT ADV (ALNVX) | A | Dividend | J | T | Buy | 04/01/20 | K | | |
| 135. | | | | | Sold (part) | 05/07/20 | J | | |
| 136.  AB TAX AWARE FXD INCM OPPTY ADV (ATTYX) | A | Dividend | J | T | Buy | 04/01/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Claire R. | 03/01/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. | | | | | Sold<br>(part) | 04/01/20 | J | | |
| 138. | | | | | Sold<br>(part) | 05/07/20 | J | A | |
| 139. GOLDMAN SACHS DYNAMIC MUNI INCM CL INSTL (GSMTX) | A | Dividend | J | T | Buy | 04/01/20 | K | | |
| 140. | | | | | Sold<br>(part) | 05/07/20 | J | A | |
| 141. INVESCO LTD TERM MUNI INCM FD Y (ATFYX) | A | Dividend | K | T | Buy | 04/01/20 | J | | |
| 142. | | | | | Buy<br>(add'l) | 05/07/20 | K | | |
| 143. | | | | | Buy<br>(add'l) | 08/20/20 | J | | |
| 144. MAINSTAY NY TAX FREE OPPORT I (MNOIX) | A | Dividend | | | Sold | 04/01/20 | K | | |
| 145. PGIM TOTAL RETURN BD Z (PDBZX) | A | Dividend | | | Sold | 04/01/20 | K | | |
| 146. VIRTUS SEIX FLOAT RATE HIGH INCM I (SAMBX) | A | Dividend | J | T | Buy | 04/01/20 | J | | |
| 147. AMERICAN FUNDS, AMERICAN EUROPACIFIC GRW F2 (AEPFX) | | None | | | Sold | 04/01/20 | K | | |
| 148. AMERICAN FUNDS, AMERICAN GW FD OF AMERICA F2 (GFFFX) | | None | | | Sold | 04/01/20 | K | D | |
| 149. AMERICAN FUNDS, AMERICAN WA MUTUAL F2 (WMFFX) | A | Dividend | | | Sold | 04/01/20 | K | | |
| 150. DELAWARE INV SM VAL INST (DEVIX) | A | Dividend | J | T | Buy | 04/01/20 | J | | |
| 151. EATON VANCE ATLANTA CAP SLOT EQTY I (ESEIX) | | None | K | T | Buy | 04/01/20 | K | | |
| 152. HOOD RIVER SM CAP GWTH INSTL CL (HRSMX) | A | Dividend | J | T | Buy | 04/01/20 | J | | |
| 153. | | | | | Sold<br>(part) | 05/07/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Claire R. | 03/01/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold (part) | 12/02/20 | J | A | |
| 155. MAINSTAY CUSHING MLP PREMIER I (CSHZX) | A | Dividend | | | Buy | 04/01/20 | J | | |
| 156. | | | | | Sold (part) | 05/07/20 | J | A | |
| 157. | | | | | Sold | 08/20/20 | J | B | |
| 158. ORINDA INCOME OPPTY INST (OIOIX) | | None | | | Buy | 04/01/20 | J | | |
| 159. | | | | | Sold | 08/20/20 | J | B | |
| 160. PEAR TREE POLARIS FGN VL I (QFVIX) | | None | K | T | Buy | 04/01/20 | J | | |
| 161. | | | | | Sold (part) | 05/07/20 | J | A | |
| 162. WCM FOCUSED INTL GROWTH FD INST (WCMIX) | | None | K | T | Buy | 04/01/20 | J | | |
| 163. | | | | | Sold (part) | 05/07/20 | J | A | |
| 164. ZACKS DIV FD INST (ZDIIX) | A | Dividend | K | T | Buy | 04/01/20 | J | | |
| 165. ACCOUNT #7 (H) | | | | | | | | | |
| 166. NY 529 COLLEGE SVGS PROG MOD AGE-BASED: CONSERV GR PORTFOLIO | | None | M | T | | | | | |
| 167. ACCOUNT #8 (H) | | | | | | | | | |
| 168. SPDR MSCI ACWI EX-US (CWI) | A | Dividend | J | T | Buy | 12/15/20 | J | | |
| 169. SPDR S&P 500 GROWTH ETF (SPYG) | A | Dividend | J | T | Buy | 12/15/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Claire R. | 03/01/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 170.  SPDR S&P 500 VALUE ETF (SPYV) | A | Dividend | J | T | Buy | 12/15/20 | J | | |
| 171.  GENERAL ELECTRIC STOCK (GE) | A | Dividend | | | Sold | 12/08/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Claire R. Kelly**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544